UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| NML CAPITAL, LTD., | : | |
| | : | Civil Action Nos. |
| Plaintiff, | : | 03 Civ. 8845 (TPG) |
| | : | 05 Civ. 2434 (TPG) |
| v. | : | 06 Civ. 6466 (TPG) |
| | : | 07 Civ. 1910 (TPG) |
| | : | 07 Civ. 2690 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : | 07 Civ. 6563 (TPG) |
| | : | 08 Civ. 2541 (TPG) |
| Defendants. | : | 08 Civ. 3302 (TPG) |
| | : | 08 Civ. 6978 (TPG) |
| | : | 09 Civ. 1707 (TPG) |
| | : | 09 Civ. 1708 (TPG) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, David S. Hoffner of Hoffner PLLC, hereby enter my appearance as counsel of record in the above-captioned action on behalf of plaintiff NML Capital, Ltd., and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 1, 2013

HOFFNER PLLC

By: /s/ David S. Hoffner
    David S. Hoffner
    hoffner@hoffnerpllc.com
    325 Broadway, Suite 505
    New York, New York 10007
    Tel.: (917) 881-1039
    Fax: (646) 810-4031

Attorneys for NML Capital Ltd.